# IN THE SUPREME COURT OF THE STATE OF NEVADA

JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION, A
NATIONAL ASSOCIATION,
               Appellant,
        vs.
SFR INVESTMENTS POOL 1, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,
               Respondent.

No. 71822

FILED

OCT 03 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER GRANTING MOTION FOR REMAND AND DISMISSING APPEAL

The parties have filed a stipulation to remand this matter to the district court pursuant to *Huneycutt v. Huneycutt,* 94 Nev. 79, 575 P.2d 585 (1978); *see also Foster v. Dingwall,* 126 Nev. 49, 228 P.3d 453 (2010). The motion is accompanied by a district court order certifying that, upon remand, it will vacate its prior order granting the motion for summary judgment and consider additional issues.

We treat the stipulation as a joint motion and, cause appearing, grant the motion. Accordingly, we remand this matter to the district court pursuant to its certification and order this appeal dismissed. This dismissal is without prejudice to appellant's right to file a motion to reinstate this appeal should the district court decline to grant the relief requested.[1] Any

---

[1] Any aggrieved party may file a notice of appeal from any appealable order entered by the district court. *See* NRAP 3A.

motion to reinstate this appeal shall be filed within 60 days of the district court's order declining to grant the requested relief.

It is so ORDERED.

_____, J.
Douglas

_____ J.　　　　_____, J.
Gibbons　　　　　　　　　　　　　Pickering

cc:　　Hon. James Crockett, District Judge
　　　　Ballard Spahr LLP
　　　　Kim Gilbert Ebron
　　　　Asim Varma
　　　　Fennemore Craig P.C./Reno
　　　　Eighth District Court Clerk